Dolly M. Trompeter (CSBN 235784)
Attorney At Law
2261 Market Street, No. 185
San Francisco, CA 94114
Telephone:     415 271-8604
Fax:           415 431-0279

*E-FILED - 5/13/10*

Attorney for Plaintiff Ronald Joseph Plaga

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Ronald J. Plaga** | Civil No. 09-1194 RMW, PVT |
| | |
| | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| Plaintiff, | |
| v. | |
| **MICHAEL J. ASTRUE,** Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff may have an extension of 30 days in which to file her motion for summary judgment. Plaintiff's motion, which was formerly due on May 12, 2010 will now be due on June 11, 2010. This extension is necessary to provide further opportunity for review and analysis of this case.

1

The parties further stipulate that the Court's Procedural Order shall be modified accordingly.

This is Plaintiff's first request for an extension.

Dated:   5/11/10                    /s/ *Dolly M. Trompeter*

                                    DOLLY M. TROMPETER, ESQ.
                                    Attorney for Plaintiff


                                    JOSEPH P. RUSSONIELLO
                                    United States Attorney


Dated:   5/11/10          By:   /s/ *Jacob Micah Mikow*
                                *(as authorized via email on May 11, 2010)*
                                    JACOB MICAH MIKOW, ESQ.
                                    Special Assistant U.S. Attorney


PERSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff shall have an additional 30 days in which to file her motion for summary judgment, up to and including June 11, 2010.

Dated:   5/13/10              _Ronald M. Whyte_
                              THE HONORABLE RONALD M. WHYTE,
                              Judge, United States District Court

2