```
Dolly M. Trompeter(CSBN 235784)
Attorney At Law
2261 Market Street, No. 185
San Francisco, CA 94114
Telephone:     415 271-8604
Fax:           415 431-0279
```

*E-FILED - 6/23/10*

Attorney for Plaintiff Ronald Joseph Plaga

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Ronald J. Plaga**<br><br><br><br><br>          Plaintiff,<br><br>     v.<br><br>**MICHAEL J. ASTRUE**,<br>Commissioner of<br>Social Security,<br><br>          Defendant. | Civil No. 09-1194 RMW,PVT<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

   IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff may have an extension of 30 days in which to file her motion for summary judgment. Plaintiff's motion, which was formerly due on June 11, 2010 will now be due on July 12, 2010. This extension is necessary to provide further opportunity for review and analysis of this case.

1

The parties further stipulate that the Court's Procedural Order shall be modified accordingly.

This is Plaintiff's second request for an extension.

Dated:  6/10/10                 /s/ Dolly M. Trompeter

DOLLY M. TROMPETER, ESQ.
Attorney for Plaintiff


JOSEPH P. RUSSONIELLO
United States Attorney

Dated:  6/10/10          By:  /s/ Jacob M. Mikow
                              (as authorized via email on June 10, 2010)
                              JACOB M. MIKOW, ESQ.
                              Special Assistant U.S. Attorney

PERSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff shall have an additional 30 days in which to file her motion for summary judgment, up to and including July 12, 2010.

Dated:  6/23/10          /s/ Ronald M. Whyte

THE HONORABLE RONALD M. WHYTE,
Judge, United States District Court