```
Dolly M. Trompeter(CSBN 235784)
Attorney At Law
2261 Market Street, No. 185
San Francisco, CA 94114
Telephone:     415 271-8604
Fax:           415 431-0279
```

*E-FILED - 7/14/10*

Attorney for Plaintiff <u>Ronald Joseph Plaga</u>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| <u>**Ronald J. Plaga**</u>                  ) | Civil No. 09-1194 RMW,PVT |
|---|---|
| ) | |
| ) | **<u>STIPULATION AND   ORDER</u>** |
| ) | **<u>EXTENDING PLAINTIFF'S TIME TO FILE</u>** |
| ) | **<u>PLAINTIFF'S MOTION FOR SUMMARY</u>** |
| ) | **<u>JUDGMENT</u>** |
|           Plaintiff,    ) | |
| ) | |
|     v.                  ) | |
| ) | |
| **<u>MICHAEL J. ASTRUE</u>**,          ) | |
| Commissioner of         ) | |
| Social Security,        ) | |
| ) | |
|           Defendant.    ) | |
| _____  ) | |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff may have an extension of 30 days in which to file her motion for summary judgment. Plaintiff's motion, which was formerly due on July 12, 2010 will now be due on August 11, 2010. This extension is necessary to give the parties more time to further explore the option of

1

settlement in this case. The parties further stipulate that the Court's Procedural Order shall be modified accordingly.

This is Plaintiff's second request for an extension.

Dated:  _7/9/10                    /s/_Dolly M. Trompeter

                                   DOLLY M. TROMPETER, ESQ.
                                   Attorney for Plaintiff


                                   JOSEPH P. RUSSONIELLO
                                   United States Attorney


Dated:   __7/9/10         By:  /s/ Jacob M. Mikow
                               (as authorized via email on July 9, 2010)
                                   JACOB M. MIKOW, ESQ.
                                   Special Assistant U.S. Attorney


PERSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff shall have an additional 30 days in which to file her motion for summary judgment, up to and including August 11, 2010.

Dated:  7/14/10                    /s/ Ronald M. Whyte

                                   THE HONORABLE RONALD M. WHYTE,
                                   Judge, United States District Court