MELINDA L. HAAG, CSBN 132612
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX
Social Security Administration
JACOB M. MIKOW, CSBN 238045
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, CA 94105
    Telephone:  (415) 977-8976
    Facsimile:  (415) 744-0134
    Email:  jacob.mikow@ssa.gov

*E-FILED - 9/16/10*

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RONALD JOSEPH PLAGA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | No. 5:09-CV-01194-RMW<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT** |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner has agreed to a voluntary remand of this case for further administrative proceedings, pursuant to *sentence four* of 42 U.S.C. § 405(g).

    Upon remand, the Office of Disability Adjudication and Review will remand this case to an Administrative Law Judge (ALJ) and direct the ALJ to do the

1  following: (1) further evaluate whether Plaintiff's condition medically improved
2  in accordance with 20 C.F.R. §§ 404.1594(f)(1)-(8) and 416.994(b)(5)(i)-(vii),
3  beginning September 30, 2003, and (2) if necessary, further develop the medical
4  evidence to determine whether medical improvement occurred, beginning
5  September 30, 2003.
6      As noted, this stipulation constitutes a remand under the <u>fourth sentence</u> of
7  Section 205(g) of the Social Security Act. <u>See</u> 42 U.S.C. § 405(g).

Respectfully submitted,

Date: <u>August 27, 2010</u>    DOLLY M. TROMPETER

By:  <u>/s/ Dolly M. Trompeter*</u>
DOLLY M. TROMPETER
*(\* By email authorization on August 27, 2010)*

Attorney(s) for Plaintiff

Date: <u>August 27, 2010</u>    MELINDA L. HAAG
United States Attorney

By:  <u>/s/ Jacob M. Mikow</u>
JACOB M. MIKOW
Special Assistant United States Attorney

Attorneys for Defendant

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED**:

Dated: 9/16/10      *[signature: Ronald M. Whyte]*
THE HONORABLE RONALD M. WHYTE
United States District Judge