1  MELINDA HAAG
United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Social Security Administration
3  JACOB M. MIKOW, CSBN 238045
4  Special Assistant United States Attorney
         333 Market Street, Suite 1500                    ***E-FILED - 2/3/11***
5        San Francisco, California 94105-2102
6        Telephone: (415) 977-8976
         Facsimile: (415) 744-0134
7        Email: jacob.mikow@ssa.gov

8  Attorneys for Defendant

9

10                   UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
11                        SAN JOSE DIVISION

12

13  RONALD JOSEPH PLAGA,            )   Case No. 09-CV-1194-RMW
                                    )
14       Plaintiff,                 )   **STIPULATION AND ORDER**
                                    )   **SETTLING ATTORNEY'S FEES**
15       v.                         )   **PURSUANT TO THE EQUAL ACCESS**
                                    )   **TO JUSTICE ACT, 28 U.S.C. § 2412(d)**
16  MICHAEL J. ASTRUE,              )   **AND COSTS PURSUANT TO 28 U.S.C. §**
    Commissioner of Social Security,)   **1920**
17                                  )
         Defendant.                 )
18                                  )
                                    )
19  _____)

20       IT IS HEREBY STIPULATED by and between the parties through their undersigned

21  counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the

22  Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FIVE THOUSAND

23  DOLLARS AND 00/CENTS ($5,000.00), and costs in the amount of THREE HUNDRED AND

24  FIFTY DOLLARS AND 00/CENTS ($350.00) under 28 U.S.C. § 1920. This amount represents

25  compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with

26  this civil action, in accordance with 28 U.S.C. §§ 1920, 2412(d).

27       After the Court issues an order for EAJA fees and expenses to Plaintiff, the government

28  will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's
    attorney. Pursuant to *Astrue v. Ratliff*, – S.Ct. – , 2010 WL 2346547 (U.S. June 14, 2010), the

1  ability to honor the assignment will depend on whether the fees and expenses are subject to any
2  offset allowed under the United States Department of the Treasury's Offset Program.  After the
3  order for EAJA fees and expenses is entered, the government will determine whether they are
4  subject to any offset.

5  Fees and expenses shall be made payable to Plaintiff, but if the Department of the
6  Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause
7  the payment of fees, expenses and costs to be made directly to Dolly M. Trompeter, pursuant to
8  the assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's
9  counsel, Dolly M. Trompeter.

10  This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA
11  attorney fees and expenses, and does not constitute an admission of liability on the part of
12  Defendant under the EAJA.  Payment of the agreed amount shall constitute a complete release
13  from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to
14  EAJA attorney fees and expenses in connection with this action.

15  This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security
16  Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted,

Dolly M. Trompeter

Date:   December 15, 2010          */s/Dolly M. Trompeter*  
DOLLY M. TROMPETER (* via email authorization dated December 15, 2010)  
Attorney for Plaintiff

MELINDA HAAG  
United States Attorney  
LUCILLE GONZALES MEIS  
Regional Chief Counsel, Social Security Administration

Date:   December 15, 2010    By:   */s/Jacob M. Mikow*  
JACOB M. MIKOW  
Special Assistant United States Attorney  
Attorneys for Defendant

|   |   |
|---|---|
| 1 | **ORDER** |
| 2 | **APPROVED AND SO ORDERED:** |
| 4 | Dated: 2/3/11 |
| 5 | RONALD M. WHYTE |
| 6 | United States District Judge |

*(signature: Ronald M. Whyte)*

-3-